Date: 07/26/11

# DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 10-14934 - CAIN, RENA MARIE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | 000006 | 291.38 | 4.29 |
| ---------- Remittance Total -------------- | | 291.38 | 4.29 |

*[signature]*

SUSAN MANCHESTER, Trustee